

2008 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

12-11-2008

# In Re Washington

Precedential or Non-Precedential: Precedential

Docket No. 07-2541

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2008

Recommended Citation

"In Re Washington " (2008). *2008 Decisions.* Paper 12.
http://digitalcommons.law.villanova.edu/thirdcircuit_2008/12

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2008 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———

No. 07-2541

———

IN RE:  RAYMOND EDWARD WASHINGTON.
a/k/a Talib Alim,
a/k/a Kennard Gregg,

Raymond Edward Washington,
Petitioner

———

ON PETITION FOR WRIT OF MANDAMUS
(Related to E.D. Pa. No. 04-cr-00103)

———

Present:  SLOVITER, GREENBERG, *Circuit Judges*, and IRENAS,[*] *Senior District Judge*.

O R D E R

Upon consideration of the Petition for Writ of Mandamus, the Answer and Reply thereto, and the arguments of counsel on October 27, 2008,

It is hereby ORDERED, ADJUDGED and DECREED by this Court that petition for writ of mandamus is granted, all in accordance with the opinion of this Court.

s/ Joseph E. Irenas
Senior District Judge

———

[*] Honorable Joseph E. Irenas, Senior United States District Judge for the District of New Jersey, sitting by designation.

DATED: December 11, 2008
tmm/cc: David L. McColgin, Esq.
      Stephen A. Miller, Esq.
      Robert A. Zauzmer, Esq.